IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Billy Burton,<br><br>  Plaintiff,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>  Defendants. | No. CV17-1481 PHX DGC (JFM)<br><br>**ORDER** |

Plaintiff Billy Burton has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Doc. 1. On July 19, 2018, United States Magistrate James F. Metcalf ordered Plaintiff to file a memorandum showing cause why Defendant Brown should not be dismissed without prejudice for failure to effect service. Doc. 17. Plaintiff has not responded. Magistrate Judge Metcalf therefore issued a report and recommendation ("R&R") recommending that pursuant to Rule 4(m), Defendant Brown be dismissed without prejudice. Doc. 19. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and dismiss Defendant Brown without prejudice pursuant to Rule 4(m).

**IT IS ORDERED:**

1. The R&R (Doc. 19) is **accepted**.

2. Defendant Brown is **dismissed without prejudice** pursuant to Rule 4(m).

3. A certificate of appealability and leave to proceed *in forma pauperis* on *appeal are **denied.***

Dated this 4th day of December, 2018.

*David G. Campbell*
David G. Campbell
Senior United States District Judge